FILED
08 MAY 12 PM 1:53

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PEOPLE OF THE
UNITED STATES of America
          Plaintiff,

vs.

JUDGE SUSAN ILLSTON
          Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

**RMW**

I, VINCENT ROSENBAUM, declare, under penalty of perjury that I am the **(PR)** plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Approx $80-100 month    Net: Approx $80-100 month

Employer: NAPA State Hospital
2100 NAPA VALLEJO HIGHWAY NAPA, CA 94558

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____
5  _____
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

    a.  Business, Profession or            Yes ✓  No ___
       self employment

    b.  Income from stocks, bonds,        Yes ___ No ✓
       or royalties?

    c.  Rent payments?                       Yes ___ No ✓

    d.  Pensions, annuities, or             Yes ___ No ✓
       life insurance payments?

    e.  Federal or State welfare payments,   Yes ✓ No ___
       Social Security or other govern-
       ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _Hospital welfare  12⁵⁰ month_____
22  _375 AUTHOR HOUSE PUBLISHING_____

23  3.  Are you married?                              Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.  a.  List amount you contribute to your spouse's support: $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5      _____JDR (17)_____
6      NONe At present DUE TO ILLEGAL IMPRISONMENT
7  5.  Do you own or are you buying a home?     Yes ___ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?    (2)    Yes ✓ No ___
10 Make SUBARU  Year 1992, 1993  Model Legacy
11 Is it financed? Yes ___ No ✓  If so, Total due: $_____
12 Monthly Payment: $ ___Ø___
13 7.  Do you have a bank account?  Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s):  $ _____
17 Do you own any cash? Yes ✓ No ___  Amount: $ Approx $25
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ✓ No ___
20 ___Personal Property Estimated $15,000___
21 8.  What are your monthly expenses?
22 Rent: $ ___Ø___          Utilities: ___Ø___
23 Food: $ ___Ø___          Clothing: ___Ø___
24 Charge Accounts:
25 Name of Account       Monthly Payment         Total Owed on This Acct.
26 ___Ø___               $ ___Ø___              $ ___Ø___
27 ___Ø___               $ ___Ø___              $ ___Ø___
28 ___Ø___               $ ___Ø___              $ ___Ø___

PRIS. APP. TO PROC. IN FORMA PAUPERIS                -3-

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_Credit Card Debt_ ~~ _$5-10,000.00_

_School Loans_ _Estimate $5-10,000.00_

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_Court of Appeals Case 08-15941_

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_5/8/08_                    _Vincent Rosenbalm_
DATE                         SIGNATURE OF APPLICANT

PROOF OF SERVICE                5/8/08

I am an American Citizen over 18 years of age

ON 5/8/08 I served the within

1) FINANCIAL RECORDS

by placing a copy in the Napa State Hospital mail addressed to:

    U.S. DISTRICT COURT
    450 GOLDEN GATE AVE
    PO BOX 36060
    SAN FRANCISCO, CA 94102

from
    Vincent Rosenbalm
    2100 Napa Vallejo Highway
    Napa, CA 94558

Under the Penalty of Perjury this is true and correct to the best of my knowledge.

    Vincent Rosenbalm

VINCENT ROSENBAUM
2100 NAPA VALLEJO HIGHWAY
NAPA, CA 94558

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES