***E-FILED - 5/30/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ROSENBAUM,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JUDGE SUSAN ILLSTON,<br><br>　　　　Defendant. | No. C 08-2318 RMW (PR)<br><br>JUDGMENT |

　　　The court has dismissed the instant civil rights action for failure to state a cognizable claim for relief.  A judgment of dismissal is entered.  The clerk shall close the file.

　　　IT IS SO ORDERED.

DATED: __5/23/08__

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\CR.08\Rosenbaum318jud.wpd     1